The Law office of Joseph Mauro, LLC         (631) 669-0921
631 Montauk highway Ste. 6                  (631) 669-5071 fax
west islip, NY  11795

November 30, 2006

**Hon. Judge E. Thomas Boyle**
**Alphonse M. D'Amato Federal Courthouse**
**100 Federal Plaza**
**Central Islip, NY 11722**

RE:  Caprino et al v. Cohen & Slamowitz, Midlantic Process Servers, Inc. et al
CV – 05 – 4814

Honorable Judge Boyle,

    I am writing on behalf of all counsel to inform the Court that the matter has been settled between all parties, subject only to the execution of formal documents and payment of settlement funds. Counsel anticipate having this completed within thirty days and at that time intend to file a stipulation of dismissal with the Court.

Sincerely,

Joseph Mauro

CC: Thomas Leghorn, Esq.      via ECF
    Jeffrey Heller, Esq.       via ECF
    Joseph Sferrazza, Esq.     via ECF